UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRION HERU'EL OFRIKA BEY, *pro se*,

    Plaintiff,

v.                                                    Case No:  8:11-CV-2795-T-30TGW

FLORIDA DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #13) and Plaintiff's Objections (Dkt. #14) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.      The Report and Recommendation (Dkt. #13) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      Plaintiff's Complaint is DISMISSED.

3.      The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2012.

                                                                    _____
                                                                    JAMES S. MOODY, JR.
                                                                    UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2795.adopt 13.wpd